FILED
08 MAY -7 PM 4:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1449 H

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No. _____ |
| Plaintiff,  ) | |
| v.  ) | NOTICE OF RELATED CASE |
| DAVID LLAMAS-GONZALES,  ) | |
| Defendant.  ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. David Llamas-Gonzales</u>, Criminal Case No. 08CR1048-H.

DATED: May 7, 2008.

KAREN P. HewITT
United States Attorney

/s/ CALEB E. MASON
CALEB E. MASON
Assistant U.S. Attorney