1  ERICK L. GUZMAN
   California State Bar No. 244391
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone No. (619) 234-8467
4  Email: erick_guzman@fd.org

5  Attorneys for Mr. Llamas-Gonzales

                   UNITED STATES DISTRICT COURT

                 SOUTHERN DISTRICT OF CALIFORNIA

                   (HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08CR1449-H |
| Plaintiff, ) | DATE: June 2, 2008 |
| ) | TIME: 2:00 P.M. |
| v. ) | MEMORANDUM OF POINTS AND |
| ) | AUTHORITIES IN SUPPORT OF |
| DAVID LLAMAS-GONZALES, ) | DEFENDANT'S MOTIONS |
| Defendant. ) | |

## I.

## STATEMENT OF FACTS[1]

On May 7, 2008, Mr. Llamas-Gonzales was indicted for illegal re-entry. Since his arrest, Mr. Llamas-Gonzales has assembled vital documents and recording demonstrating his United States Citizenship. Mr. Llamas-Gonzales has sent those documents to the United States Attorney's office. He has asked the government for a dismissal of his case, or, in the alternative, that they defer his prosecution so that he can execute a N-600 application. The Assistant United States Attorney handling this case--Ms. Caroline Han--has indicated her agreement with the latter proposition.

---

[1]  These "facts" are based on discovery provided by the government. Mr. Llamas-Gonzales does not concede the veracity of any of these allegations.

## II.

## COMPEL ALL DISCOVERABLE MATERIAL

Mr. Llamas-Gonzales requests all discoverable material pursuant to Federal Rule of Criminal Procedure 16, Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972). This includes material that may support any defense pre-trial motions. See United States v. Cedano-Arellano, 332 F.3d 568 (9th Cir. 2003) (Rule 16 applies to discovery material to defense pre-trial motions); United States v. Gamez-Orduno, 235 F.3d 453, 462 (9th Cir. 2000) (Brady applies to material supporting defense pre-trial motions). Mr. Llamas-Gonzales also requests any evidence that the government may potentially attempt to enter vis-a-vis rule Federal Rule of Evidence 404(b).

Mr. Llamas-Gonzales also requests the court to order access to his "A-File" pursuant to Rule 16(a)(1)(B) of the Federal Rule of Criminal Procedure, which provides that "upon request of the defendant, the government shall furnish to the defendant such copy of his prior criminal record, if any, as is within the possession, custody, or control of the government . . . ."

Mr. Llamas-Gonzales requests all arrest reports, investigator's notes, memos from arresting officers, dispatch tapes, sworn statements, and prosecution reports pertaining to Mr. Llamas-Gonzales and available under Fed. R. Crim. P. 16(a)(1)(B) and (C), Fed. R. Crim. P. 26.2 and 12(I). Mr. Llamas-Gonzales specifically requests that all dispatch tapes or any other audio or visual tape recordings which exist and which relate in any way to his case and or his arrest be preserved and provided in their entirety.

Specifically, Mr. Llamas-Gonzales requests a copy of the audiotape of *any* deportation hearing, as well as a transcript of any such proceeding.

## III.

## LEAVE TO FILE FURTHER MOTIONS

Mr. Llamas-Gonzales has not yet viewed his "A-File." After doing so, it is likely that Mr. Llamas-Gonzales will need to file additional motions. Mr. Llamas-Gonzales respectfully requests the court leave to file further motions if necessary.

**IV.**

**CONCLUSION**

Mr. Llamas requests that the Court to grant the above motions.

Respectfully submitted,

Dated: May 30, 2008
*/s/ Erick L. Guzman*
ERICK L. GUZMAN
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Llamas