UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr1149-H |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| DAVID LLAMAS-GONZALES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

      Caroline Han
      U.S. Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated: May 30, 2008                                /s/ Erick L. Guzman
                                                                     ERICK L. GUZMAN
                                                                     Federal Defenders
                                                                     225 Broadway, Suite 900
                                                                     San Diego, CA 92101-5030
                                                                     (619) 234-8467 (tel)
                                                                     (619) 687-2666 (fax)
                                                                     erick_guzman@fd.org